# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

YULIYA GLAZMAN,

    Plaintiff,

v.                                                             Case No: 8:26-cv-2265-WFJ-SPF

CITIGROUP, INC. and CITIBANK,
N.A.,

    Defendants.

_____/

## ORDER

This cause comes before the Court *sua sponte* pursuant to Local Rule 1.07(a), M.D. Fla.  In view of the related and earlier-filed case of *Yuliya Glazman v. Citigroup, Inc. and Citibank, N.A.,* No. 8:26-cv-1522-TPB-AEP, which is pending before the Honorable Thomas P. Barber, this case is **TRANSFERRED** to Judge Barber, with his knowledge and consent, for all further proceedings.  The Clerk is directed to effectuate transfer.

    **DONE** and **ORDERED** in Tampa, Florida on August 6, 2026.

                    s/*William F. Jung*_____
                    **WILLIAM F. JUNG**
                    **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Hon. Thomas P. Barber
Counsel of Record and Plaintiff, *pro se*