AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Middle District Florida

|  |  |
|---|---|
| Yuliya Glazman | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 8:26-CV-2265-WFJ-SPF |
| Citigroup, Inc., and Citibank, N.A. | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*       ı Citibank, N.A.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Yuliya Glazman, Plaintiff pro se
2110 Thousand Trails Blvd
Clermont, FL 34714
(407) 794-6503
yglazman@protonmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/2026

EMMANUEL PHILANTROPE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:26-CV-2265-WFJ-SPF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  CITIBANK, N.A.

was received by me on *(date)*    08/06/2026

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  THE CORPORATION TRUST COMPANY, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)* CITIBANK, N.A.
1209 ORANGE STREET WILMINGTON, DE 19801 on *(date)*  08/06/2026 AT 10:30 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/06/2026                                          *(signature)*
                                                    _____
                                                    *Server's signature*

                                          GILBERT DEL VALLE - PROCESS SERVER
                                                    *Printed name and title*

                                          BRANDYWINE PROCESS SERVERS, LLC
                                                    PO BOX 1360
                                                    WILMINGTON, DE 19899
                                                    302-475-2600
                                                    *Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION WITH COMPLAINT AND JURY DEMAND