Yuliya Glazman
2110 Thousand Trails Road
Clermont, FL 34714
(407) 794-6503
yglazman@protonmail.com

August 31, 2026

Clerk of Court
United States District Court
Middle District of Florida, Tampa Division
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, FL 33602

Re: *Glazman v. Citigroup, Inc. and Citibank, N.A.*, No. 8:26-cv-02265-TPB-SPF (Hon. Thomas P. Barber)

Dear Clerk of Court:

Plaintiff Yuliya Glazman, appearing pro se, submits the enclosed documents for filing in the above-captioned action. Each enclosure is to be filed and docketed in Case No. 8:26-cv-02265-TPB-SPF.

Enclosures:

1. Plaintiff's Motion for Partial Summary Judgment That This Case Relates to the Dispute Asserted in the First Action Under 9 U.S.C. § 402(a), with the following exhibits:
    a. Exhibit 1 — First Amended Complaint and Jury Demand, *Glazman v. Citigroup, Inc.*, No. 8:26-cv-01522-TPB-AEP (M.D. Fla.), Doc. 22 (filed April 23, 2026);
    b. Exhibit 2 — EEOC Charge of Discrimination No. 511-2026-02539 (filed April 2, 2026); and
    c. Exhibit 3 — Order Granting in Part Defendants' Motion to Dismiss First Amended Complaint and Compel Arbitration, *Glazman v. Citigroup, Inc.*, No. 8:26-cv-01522-TPB-AEP (M.D. Fla.), Doc. 54 (entered August 5, 2026);
2. Plaintiff's Motion for Reconsideration of the August 19, 2026 Order (Doc. 11) Under Federal Rule of Civil Procedure 54(b), with the Declaration of Yuliya Glazman in Support; and
3. Plaintiff's Protective Opposition to Defendants' Motion to Compel Arbitration and Stay Litigation.

SEP 2 2026 PM4:11
RCVD - USDC - FLMD - TPA

Plaintiff is not a registered CM/ECF user and submits these documents in paper. A copy of each enclosure has been furnished to counsel of record for Defendants. Plaintiff requests that the Clerk file and docket each enclosure in the action identified above.

Thank you for your assistance.

Respectfully submitted,

Yuliya Glazman
Plaintiff, Pro Se