FROM:

Yuliya Glazman
2110 thousand Trails Blvd
Clermont, FL 34714

Retail

UNITED STATES POSTAL SERVICE®

33602

U.S. POSTAGE PAID
PM
CLERMONT, FL 34714
AUG 31, 2026

$12.65

RDC 03 1 Lb 5.20 Oz S2324N504568-2

TO:

Clerk office
U.S. District Court
801 N. Florida Ave
Tampa FL 33602

Screened by
GMS

EXPECTED DELIVERY DAY: 09/02/26

USPS TRACKING® #

9505 5124 7327 6243 2951 97

DO NOT BEN

9" X 12

9" X 1

PG 9X12 DOC MAILER

FSC
MIX
Envelope
FSC® C173614

PAPER
POUCH
how2recycle.info

pen+GEAR™
Find more at Walmart.com

©2024 Walmart Inc.
Pen+Gear is a trademark of
Walmart Inc. All Rights Reserved.

Distributed by/Distribuido por
Walmart Inc., Bentonville, AR 72716
MADE IN USA/HECHO EN EE.UU.

PRAM71114

8 10142 2908