**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YULIYA GLAZMAN,**

**Plaintiff,**

**v.** **Case No. 8:26-CV-02265-TPB-SPF**

**CITIGROUP, INC.,**[1] **and**
**CITIBANK, N.A.**

**Defendants.**
__________________________ /

**DEFENDANTS CITIGROUP, INC. AND CITIBANK, N.A.'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Defendants Citigroup, Inc. and Citibank, N.A. move pursuant to Local Rule 3.01(c) for leave to file a reply brief in support of their Motion to Compel Arbitration and Stay Litigation (Doc. 14) and state as follows:

## I. Introduction and Procedural Basis

On August 27, 2026, Defendants filed a Motion to Compel Arbitration (Doc. 14) demonstrating a valid arbitration agreement and arguing that the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act ("EFAA") does not apply because the retaliation complaint relates to allegations in *Glazman v. Citigroup, Inc.,* No. 8:26-cv-01522-TPB-AEP (M.D. Fla.) ("Action 1"),

[1] Plaintiff was employed only by Citibank, N.A. and has incorrectly filed suit against Citigroup, Inc.

which the Court found "do not state a plausible hostile work environment claim."

On September 2, 2026, Plaintiff filed an Opposition to the Motion to Compel Arbitration and a Motion for Partial Summary Judgment ("MPSJ"). (Doc. 25). These filings raise new legal theories, novel statutory arguments, and characterizations of the Action 1 record not addressed in Defendants' motion and which could not have been reasonably anticipated. A reply is warranted when the opposition introduces new legal theories or authorities that the movant could not have anticipated.

## II. Grounds for Leave

Plaintiff's Opposition and MPSJ[2] raise new legal theories that require a substantive response including that the Court's August 5, 2026 order in Action 1 has no impact on the Court's analysis here; that 9 U.S.C. § 402(b) does not allow the Court to consider its ruling in Action 1; that Title VII hostile-work-environment law does not require sexually explicit conduct; and that the "relates-to" framework under 9 U.S.C. § 402(a) should be severed from the predicate qualification question under § 401(4)).

[2] Plaintiff filed a motion for summary judgment with theories that overlap with but are materially distinct from those in her Opposition, requiring a coordinated response. Plaintiff advances a novel assumption-based from the relationship question and to resolve only the latter on partial summary judgment. Defendants filed a simultaneous a motion to stay the briefing of Plaintiff's MPSJ until after the Court's Order on Defendants' Motion to Compel Arbitration.

## III. Conclusion

Defendants respectfully request that the Court grant leave to file a reply brief of no more than ten (10) pages in further support of their Motion to Compel Arbitration and Stay Litigation (Doc. 14) or any other relief this Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for Defendants conferred with Pro Se Plaintiff on August 31, 2026 via e-mail regarding the relief requested in this Motion. Plaintiff takes no position on the relief requested.

Dated: September 7, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-paindiris@jacksonlewis.com
390 North Orange Avenue, Ste. 1285
Orlando, Florida 32801
Tele: (407) 246-8440

Melissa M. Castillo
Florida Bar No. 1025338
melissa.castillo@jacksonlewis.com
Wells Fargo Center
100 South Ashley Drive, Suite 2200
Tampa, FL 33602
Tele: (813) 512-3210

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September 2026, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a copy was furnished via e-mail to yglazman@protonmail.com and yglazman@gmail.com and sent via U.S. Mail to Yuliya Glazman, 2110 Thousand Trails Road, Clermont, FL 34714, *Pro Se Plaintiff*.

*/s/ Stephanie Adler-Paindiris*
Stephanie Adler-Paindiris

4905-5625-6206, v. 1